# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CURT ECKSTROM**<br><br>v.<br><br>**COMMUNITY EDUCATION CENTERS, INC., et al.** | **CIVIL ACTION**<br><br>**NO. 19-782** |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 12th day of August, 2019, upon careful consideration of the Motion to Dismiss filed by Defendants Community Education Centers, Inc., The GEO Group, Inc., Diversified Health Associates, Inc., Viviam Agostini, and Tanya Moore (together, "Moving Defendants") (ECF 9) and the Response thereto (ECF 15), it is hereby **ORDERED** as follows:

1. As to Moving Defendants, Counts I and II are **DISMISSED**, with prejudice;

2. Counts III and IV are **DISMISSED**, without prejudice, and with leave to amend; and

3. Any amendments must be made within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-782 Eckstrom v Community Education Centers\19cv782 Order re MTD 08122019.doc